UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIRBY LINDLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-11414** |
| **PUCCINO'S, INC. AND PRO SIGNS GRAPHICS** | **SECTION: "S" (5)** |

### ORDER

Considering the submissions of the parties in compliance with the court's order of July 22, 2019 (Rec. Doc. 11),

**IT IS HEREBY ORDERED** that the **status conference** set for August 21, 2019 is **CANCELLED**.

New Orleans, Louisiana, this __19th__ day of August, 2019.

*[signature]*
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**